741 A.2d 83

IN THE MATTER OF CHARLES DINSMORE,
AN ATTORNEY AT LAW.

December 10, 1999.

## ORDER

The Disciplinary Review Board on September 20, 1999, having filed with the Court its decision concluding that **CHARLES DINSMORE** of **OCEAN CITY,** who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.15(b) (failure to protect client interests on the termination of representation), and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And the Disciplinary Review Board having further concluded that the Office of Attorney Ethics should conduct a demand audit of respondent's books and records;

And good cause appearing;

It is ORDERED that **CHARLES DINSMORE** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective January 3, 2000; and it is further

ORDERED that the Office of Attorney Ethics shall conduct a demand audit of respondent's attorney books and records; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.